UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

CASE NO. 3:20 CV 184 -FDW

Plaintiff, Ms. Mary Haggins

vs. Jeff White

COMPLAINT

Charlotte Mecklenburg
County Court House
(832) South Mc Dowell Street
Charlotte, North Carolina

Defendant(s). Jeff White

## A.  JURISDICTION

This action is brought pursuant to Title VII of the Civil Rights Act of 1964 as amended, for employment discrimination.  Jurisdiction is specifically conferred on this Court by 42 U.S.C. Section 2000e(5).  Equitable and other relief are also sought under 42 U.S.C. 2000e(5)(g).  Jurisdiction is also based on 28 U.S.C. Sections 1331, 1343 and 42 U.S.C. Sections 1981 et seq.  Where employment discrimination based upon age is alleged, jurisdiction is conferred by 29 U.S.C. Sections 626(c)(1) and 626(e) and appropriate relief is also sought.

3. I filed charges with the Equal Employment Opportunity Commission regarding the defendant's discriminatory conduct on or about: 12 28 2012
_____ (Month, Day, Year)

4. The Equal Employment Opportunity Commission sent the attached "Notice of Right to Sue" which I received on: I gave it to the lawyer Chris Schumate
I had them all (Yes Two) _____ (Month, Day, Year) he gave it to mercy Hospital Fired 7/31/20

5. The discriminatory acts that are the basis of this suit are:
   a. _____ Failure to employ me.
   b. _____ Failure to promote me.
   c. ✓ Termination of my employment. Termination after Chris Schumate gave ya the picture what
   d. _____ Demotion. Did you promise mr. Schumate
   e. ✓ Denied equal pay/work. Roomer were 1.1 million dollars
   f. _____ Sexual harassment.
   g. _____ General harassment. Build Inspection Orange sign
   h. ✓ Other acts (Be specific: Attach an additional sheet if necessary)

   Am Not Gay Each is their own
   Denied equal because I Mary Haggins have to
   help them with there work? than I can starte
   on my own.

6. Defendant's conduct is discriminatory with respect to:
   I were Been threaten Just About every Day Buy her Brother Jame's that told me that he would hit me in my Mouth I went to Charles Wilkinson and talk to him about this charles Call Both of us
   a. ✓ my race   Virginia McIlwain been
   b. _____ my color   there 30th year's All she Do is
   c. _____ my sex   run good worker's Away Doing
   d. _____ my religion   her work I know I were
   e. _____ my national origin   one of them
   f. ✓ my age

7. I believe that the defendant is still committing these acts against me.

   YES ✓   I Do Right Now.   NO _____

   A Brother A Daughter Work in the same Department Environment Service A Niece work there to A whole Family And No one notice that or and dont care.

   In the ... he didnt Say that I must of misheard him (No it wasn't)

4410 Beatties Ford Road
Johnny's Bar & Grill I Mary Haggins live Across
From it 10906 Old English Dr. Charlotte N C
28216

## B. PARTIES

1. Name of Plaintiff: Mary Haggins
   Address: 1412 Seigle Ave
   Charlotte, N C
   28205

Called Fox Glen

But when 2. Name of first Defendant: Tim under Wood
I got there Address: 832 E. 4th South mc Dowell st
Four white male Charlotte, N C
And the Judge that 28202
wanted to see me in his

Chamber 3. Name of second Defendant: Jeff white
was the Address: 832 E. 4th South mc Dowell st
Court. with out A Lawyer Charlotte, N C
I Mary Haggins went 28202
Just like 4. Name of third Defendant: Kelvin Parsley Lawyer
my mother said take Address: 401 west Trade Street
some one with you were it all begin with out A
every one were to Lawyer
business. I mary Haggins And the Judge that told me
never seen the Judge buy letter that he wanted to
Chamber (Use additional sheets if necessary.) see me in his
July 22, 2008

Took mr. under Wood place mr. Tim
under Wood have Retired. I were
told buy one of the worker that I
know seen me Mary Haggins
Very offend

## C. NATURE OF CASE

1. The address at which I sought employment or was employed by the defendant(s) is:

   July 22, 2008 Judge Chamber getting
   nine Day's Later Fired No Reason my paper
   July 31 2008 work together

Lawyer Chris Schomate Sold me mary Haggins out

2. The discriminatory acts occurred on or about: 12 28 2012
   (Month, Day, Year)

   Some one were going Through my Document
   which I am thinking Kelvin Parsley the Lawyer
   that work For Carolina mercy Hospital.

2001 vail Avenue 2

Telephone Tapping is against the lawyer

## D. CAUSE OF ACTION

1. I allege that the defendant has discriminated against me and that the following facts from the basis for my allegations:

Count 1: Orange sign Build Inspector is A buddy of Terra Jane bornhill and Gaylynn Gravetta

Terra Said that out of her on mouth I told

Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)

I mary Haggins took picture of the Orange sign in the mercy hospital on the 6th Floor

Terra I didnt Know that.

Count 2: Human Resource worker Kaise phillip were also A buddy of Terra Jane bornhill I went to Human Resource I talk with them about Terra Jane Bornhill and her friend's

I were told you Dontn know that for Sure it Could be Any one or Person.

Supporting Facts: Phone Tapping at 10906 Old English Scanning me In the Privacy of my own Home. were I have to get in to the Bath tube to write my Document because None of mercy Hospital have anything I had for as paper work on Terra, and Friend

E. INJURY Catching the city Bus

How have you been injured by the actions of the defendant(s)?
I have Know Home Know Furniture Know Car Know mean's of getting Any of my Family thing's. I were Keeping for them Know wedding Band belong to my mother which Past on Grandparent Day 2007-2019 I had to get a lawyer to get my money that's what were told to me. and I were Trying at the time before it change to well Fargo bank. and when they decide to let it go I had owe so many People and Family and Bill's it went so Fast.

But Bill's Keep roll In?

Candy Red SUV Follow me all the way under the bridge on Seigle Ave 1412 Terra Jane BornHill friend's

Case 3:20-cv-00184-FDW-DSC    Document 1    Filed 03/20/20    Page 4 of 6

## F. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action? YES ✓ NO _____

If your answer is "YES", describe each lawsuit. (If there are more than one lawsuits, describe additional lawsuits on additional separate pages, using the same outline.)

1. Parties to previous lawsuits:

Plaintiff(s): Ms. Mary Haggins

Defendant(s): Terra Jane Barnhill → Environment Service

2. Name of court and case or docket number: The Lawyer Chris Schumate Had my Right to Sue letter I didn't get my Right to Sue letter or/and Any of my picture I given Mr. Schumate each time I went to his off he

3. Disposition (for example, was the case dismissed? Was it appealed? Is it still pending?)

Still Pending

was not there. This was every time I went. The

4. Issues raised: Red Flag's every where I had a Right to Sue letter and a Sue letter from labor Board gave Both of my Right to Sue to

the Lawyer name Chris Schumate Two Right to Sue Letter Chris Schumate gave them To mercy Hospital which I mary Haggins didn't get back nor Any of the picture Chris Schumate Knew a lot about this he Sold me out when I told Chris Schumate you can't lose. Still he Sold me out and he lost too

5. When did you file the lawsuit? Feb 2008 (Date: Month/Year)

6. When was it (will it be) decided? _____

Have you previously sought informal or form relief from the appropriate administrative officials regarding the acts complained of in Part D?

YES _____ NO ✓ I have not And want until Justice Come's

Young Black men
getting on the Bus
would
shine
Some
Kind
of
object
And
there
hand
Or Shirt
I could
feel it
When
it warm
up my
Chest If needed than
let it be

without A Lawyer

If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

I have not Sought any relief from This nor Do I know any of those people that were her friends Tapping another person Phone is against the law

and it's more what she/they Done To me.

## G. REQUEST FOR RELIEF

I believe I am entitled to the following relief:

I believe I am entitled to the following Relief 98.42

Open up the Case And I'll Show You?

JURY TRIAL REQUESTED

YES _____     NO ✓

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C. §1621.

Executed at 401 w Trade St Charlotte NC 28202 on 02/24/2020

(Location) ↑     (Date)

Place were it all begin

Mary Haggins

Signature

Why would Find understood the agreement is not there 2012 – 2018 That when I were told he retired

Case 3:20-cv-00184-FDW-DSC   Document 1   Filed 03/20/20   Page 6 of 6